935 A.2d 1265

**Robert L. GRAHAM, Petitioner,**

v.

**Honorable Webster D. KEOGH, Judge, Court of Common Pleas Philadelphia County, Pennsylvania, Respondent.**

**No. 135 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 24, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the Application for Leave to File Original Process is granted. The Mandamus Petition to Correct Illegal Sentence is denied and the judge's name is to be stricken from the caption.

935 A.2d 1265

**Larry SHAW, Petitioner,**

v.

**Thomas CORBETT, Attorney General for the Commonwealth of Penna., James T. Wynder, Superintendent at Sci–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

**No. 134 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 24, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of October, 2007, the Application for Leave to File Original Process is granted and the "Petition Pro Breve D'Habeas Corpus" is denied.